1  Zheng "Andy" Liu (S.B.# 279327)
   Jingyi Guo (S.B.# 335448)
2  *Aptum Law*
   750 Alam Lane #8244
3  Foster City, CA 94404
   Tel.: (650) 475-6289
4  Fax: (510) 987-8411
   Email: Andy.Liu@AptumLaw.us
5  *Attorneys for Plaintiffs Zijing Wang and Tongsui LLC*

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                     SAN JOSE DIVISION

10

11 Tongsui LLC (formerly known as          **Case No.: 4:21-cv-02806-DMR**
   LeCoco LLC), a California Limited
12 Liability Company, and Zijing Wang, an
   individual,                             **PROOF OF SERVICE OF COMPLAINT**
13                                         **AND SUMMONS**
                 Plaintiffs,
14
          v.
15

16 LeCocoLove LLC., a California Limited
   Liability Company; Lan Zou, an
17 individual; and DOES 1-20

18              Defendants.

19

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21-cv-02806 DMR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Onyi Hui, agent for service of procsss for LecocoLove LLC

was received by me on *(date)* 4/29/2021 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* an Asian male and an Asian female both in their 70s , a person of suitable age and discretion who resides there,
on *(date)* 4/29/2021 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____ .

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 4/29/2021

*Server's signature*

Yifen Chen, Process Service
*Printed name and title*

750 Alma Lane #8244, Foster City, CA 94404

*Server's address*

Additional information regarding attempted service, etc:
Both the Asian male and the Asian Female confirm that Ms. Onyi Hui resides at 126 Desmond St., San Francisco, CA 94134.