Shengmao Mu (SBN 327076)
Whitewood Law PLLC
57 West, 57th Street,
3rd and 4th Floors,
New York, NY, 10019
Tel: 917-858-8018
Fax:917-591-0618
mousamuel@whitewoodlaw.com

Attorney for Defendants
LeCocoLove LLC, a California Limited Liability Company; Lan Zou, an Individual

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Tongsui LLC (formerly known as LeCoco LLC), a California Limited Liability Company, and Zijing Wang, an individual,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>LeCocoLove LLC, a California Limited Liability Company; Lan Zou, an individual; and DOES 1-20<br><br>　　　　　　Defendants. | Case No.: 4:21-cv-02806-DMR<br><br>**PARTIES' STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE MOTION HEARINGS FOR MOTION FOR JUDGMENT ON THE PLEADINGS [ECF 63] AND MOTION TO STRIKE [ECF 64] AND INITIAL CASE MANAGEMENT CONFERENCE** |

　　　Defendants LeCocoLove LLC and Lan Zou ("Defendants"), and Plaintiffs Tongsui LLC (formerly known as LeCoco LLC) and Zijing Wang (collectively "Plaintiffs"), pursuant to Northern District Civil Local Rule L.R. 6-2, hereby stipulate as follows:

　　　WHEREAS, Plaintiffs filed Motion for Judgment on the Pleadings on October 28, 2021. [ECF 63];

　　　WHEREAS, Plaintiffs filed Motion to Strike on October 28, 2021. [ECF 64];

　　　WHEREAS, Defendants filed opposition to Motion for Judgment on the Pleadings on November 10, 2021. [ECF 65];

PARTIES' STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE - 1

WHEREAS, Defendants filed opposition to Motion to Strike on November 11, 2021. [ECF 66];

WHEREAS, both Motions are scheduled to have the same hearing date at 10:00 AM on December 9, 2021;

WHEREAS, Defendants' Counsel has a conflicting schedule on December 9, 2021 that could not be otherwise rescheduled;

WHEREAS, this is the first time that both Parties request for a time modification for these particular motions and the second time that both Parties request for a time modification in this case.

WHEREAS, this modification will not have effect on the schedule for this case.

NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSELS TO THE FOLLOWING:

1. Counsel of record for Plaintiffs has authority to enter this Stipulation on behalf of Plaintiffs;

2. Parties agree that continuance of the hearing date for both above mentioned motions to January 19, 2022, which is the same date of the Case Management Conference, would overcome Defendants' Counsel scheduling conflict.

**IT IS SO STIPULATED.**

Date: November 23, 2021

Respectfully Submitted,

By: __/s/Shengmao Mu__
SHENGMAO MU

Shengmao Mu (SBN 327076)
Whitewood Law PLLC
57 West, 57th Street,
3rd and 4th Floors,
New York, NY, 10019
Tel: 917-858-8018
Fax:917-591-0618
mousamuel@whitewoodlaw.com

Attorney for Defendants

PARTIES' STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE - 2

| | |
|---|---|
| Date: November 23, 2021 | By: /s/Zheng Liu<br>    Zheng Liu<br><br>Zheng "Andy" Liu (S.B.# 279327)<br>Lauren A. Kassouf Quan (S.B.# 331586)<br>750 Alma Lane #8244<br>Foster City, CA 94404<br>Tel.: (650) 475-6289<br>Fax: (510) 987-8411<br>Email: Andy.Liu@AptumLaw.us<br>Attorneys for Plaintiffs |

**FILER'S ATTESTATION**

I, Shengmao Mu, hereby attest that all other signatories listed herein concur in the filing's content and have authorized that their electronic signature be affixed above and have authorized the filing.

| | |
|---|---|
| Date: November 23, 2021 | By:   /s/Shengmao Mu<br>    SHENGMAO MU |

PARTIES' STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE - 3

**ORDER (AS MODIFIED)**

The Court, having reviewed the Parties' stipulation regarding continuance for Motion for Judgment on the Pleadings, [ECF 63] and Motion to Strike, [ECF 64], and good cause appearing therefore, IT IS HEREBY ORDERED that the motion hearing date for both Motions is continued to January 27, 2022 at 1:00 PM by Zoom video conference.

IT IS FURTHER ORDERED that the Initial Case Management Conference set for January 19, 2022 at 1:30 p.m. is vacated and continued to January 27, 2022 at 1:00 p.m. to coincide with the hearing for both Plaintiffs' Motions.  Parties shall file a joint case management conference statement by no later than January 20, 2022.

IT IS SO ORDERED AS MODIFIED.

DATED:  November 29, 2021



_____
DONNA M. RYU
United States Magistrate Judge

PARTIES' STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE - 4